FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP</u>
(Name of attorney of record)

on behalf of <u>Buzz Products (HK) Co Limited.</u> in the matter of <u>Buzz Products (HK) Co Limited v. United States</u>, Court No. 20-3465.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>NO</u>

2. Indicate whether the party on whose behalf this Form is being filed is [**X**] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

/s/   Andrew T. Schutz                                             9/21/2020
                                                                                (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan 1, 1982; as amended Dec. 18, 2001, eff. Apr. 1, 2002)

10679600_1